# United States Court of Appeals
## For the First Circuit

No. 25-2048

NICCOKAWON PLEDGER,

Petitioner - Appellant,

v.

SHAWN JENKINS,

Respondent - Appellee.

### ORDER OF COURT

Entered: December 19, 2025
Pursuant to 1st Cir. R. 27.0(d)

      Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, "the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." On August 12, 2025, the district court entered a final order adverse to the petitioner but failed to address whether a certificate of appealability would issue. The district court is requested to issue or deny a certificate of appealability within two weeks of the date of this order and to forward its decision to this court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Hon. Nathaniel M. Gorton
Robert M. Farrell, Clerk, United States District Court for the District of Massachusetts
Eva Marie Badway
Niccokawon Pledger